### 11340.   BANK OF DONALSONVILLE *v.* BOWEN.

BROYLES, C. J.   1. In view of the counter-showing by the defendant, the alleged newly discovered evidence affords no ground for a new trial.

2. The verdict was authorized by the evidence, and none of the special grounds of the motion for a new trial shows cause for a reversal of the judgment below.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
> DECIDED MAY 11, 1920.

Complaint; from city court of Miller county — Judge Geer. February 14, 1920.

*R. L. Cox, P. D. Rich,* for plaintiff.

*N. L. Stapleton,* for defendant.